# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAUL MARTINEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK AG, *et al.*, <br><br> Defendants. | Case No. 3:16-cv-01207-DRH-DGW |

## DEFENDANTS' MOTION TO TRANSFER

For the reasons cited in their Memorandum of Law and supporting declarations, Defendants Deutsche Bank AG, HSBC Bank USA, N.A., Barclays Bank PLC, Standard Chartered Bank, The Royal Bank of Scotland N.V., Commerzbank AG, and Credit Suisse AG (collectively the "Moving Defendants"), move to transfer this action to the Eastern District of New York under 28 U.S.C. § 1406(a) or, in the alternative, 28 U.S.C. § 1404(a). None of the Moving Defendants has been served with the summons and complaint in this action, voluntarily accepted service of process or waived service of process pursuant to Fed. R. Civ. P. 4(d). By filing this motion, the Moving Defendants do not waive, and, to the contrary, hereby expressly preserve, all objections and grounds for dismissal, including those based on improper venue, personal jurisdiction, insufficient process and insufficient service of process.

January 12, 2017

Respectfully submitted,

| WILLIAMS, VENKER & SANDERS LLC, | HAAR & WOODS LLP, |
|---|---|
| by<br>*/s/ Steven P. Sanders*<br>Steven P. Sanders, IL #2453746<br>100 N. Broadway, 21st Floor<br>St. Louis, MO 63102<br>(314) 345-5002<br>ssanders@wvslaw.com | by<br>*/s/ Robert T. Haar* (with consent)<br>Robert T. Haar, MO #30044<br>(pro hac vice pending)<br>Lisa A. Pake, MO #39397<br>(pro hac vice pending)<br>1010 Market St. Suite 1620<br>St. Louis, MO 63101<br>(314) 241-2224<br>roberthaar@haar-woods.com<br>lpake@haar-woods.com |
| *Attorneys for Defendant Credit Suisse AG* | *Attorneys for Defendant Barclays Bank PLC* |
| Richard W. Clary<br>Michael T. Reynolds<br>John D. Buretta<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>(212) 474-1000<br>rclary@cravath.com<br>mreynolds@cravath.com<br>jburetta@cravath.com | Michael T. Tomaino, Jr.<br>Jeffrey T. Scott<br>Jonathan M. Sedlak<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>(212) 558-4000<br>tomainom@sullcrom.com<br>scottj@sullcrom.com<br>sedlakj@sullcrom.com |
| *Of Counsel* | *Of Counsel* |

| THOMPSON COBURN LLP, | GREENSFELDER, HEMKER & GALE, P.C., |
|---|---|
| by | by |
| /s/ *David Wells* (with consent)<br>David Wells, IL # 6271060<br>Mark Beatty, IL # 6302372<br>One US Bank Plaza<br>St. Louis, Missouri 63101<br>(314) 552-6118<br>dwells@thompsoncoburn.com | /s/ *Russell K. Scott* (with consent)<br>Russell K. Scott, IL # 02533642<br>12 Wolf Creek Drive, Suite 100<br>Belleville, Illinois 62226<br>(618) 239-3612<br>rks@greensfelder.com |
| *Attorneys for Defendant Standard Chartered Bank* | *Attorneys for Defendant Commerzbank AG* |
| Sharon L. Nelles<br>Bradley P. Smith<br>John C. Quinn<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>(212) 558-4000<br>nelless@sullcrom.com<br>smithbr@sullcrom.com<br>quinnjc@sullcrom.com | Jonathan I. Blackman<br>Lawrence B. Friedman<br>Avram E. Luft<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2000<br>jblackman@cgsh.com<br>lfriedman@cgsh.com<br>aluft@cgsh.com |
| *Of Counsel* | *Of Counsel* |

| MAYER BROWN LLP, | HELPERBROOM LLC, |
|---|---|
| by<br>/s/ *Justin A. McCarty* (with consent)<br>Justin A. McCarty, IL #6293325<br>71 South Wacker Drive<br>Chicago, Illinois 60606<br>(312) 782-0600<br>JMcCarty@mayerbrown.com | by<br>/s/ *Troy A. Bozarth* (with consent)<br>Larry E. Hepler, IL #01195603<br>Troy A. Bozarth, IL #6236748<br>130 N. Main St.<br>P.O. Box 510<br>Edwardsville, Illinois 62025<br>(618) 656-0184<br>leh@heplerbroom.com<br>tab@heplerbroom.com |
| *Attorneys for Defendants HSBC Bank USA, N.A.* | *Attorneys for Defendant Deutsche Bank AG* |
| Mark G. Hanchet<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1001<br>(212) 506-2500<br>mhanchet@mayerbrown.com<br><br>Andrew J. Pincus<br>Marc R. Cohen<br>Alex C. Lakatos<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, DC 20006-1101<br>(202) 263-3000<br>apincus@mayerbrown.com<br>mcohen@mayerbrown.com<br>alakatos@mayerbrown.com | John E. Hall<br>David Zionts<br>COVINGTON AND BURLING LLP<br>One City Center<br>850 Tenth St., N.W.<br>Washington, D.C. 20001<br>(202) 662-6000<br>jhall@cov.com<br>dzionts@cov.com<br><br>Mark P. Gimbel<br>COVINGTON AND BURLING LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 841-1000<br>mgimbel@cov.com |
| *Of Counsel* | *Of Counsel* |

DOWD BENNETT LLP,

by
   /s/ *James F. Bennett* (with consent)
   James F. Bennett, IL #6244356
   James E. Crowe, III, MO #50031
   7733 Forsyth Blvd., Suite 1900
   St. Louis, Missouri 63105
   (314) 889-7300
   jbennett@dowdbennett.com
   jcrowe@dowdbennett.com

*Attorneys for Defendant The Royal Bank of Scotland N.V.*

   Steven T. Cottreau
   CLIFFORD CHANCE US LLP
   2001 K Street NW
   Washington, DC 20006-1001
   (202) 912-5000
   steve.cottreau@cliffordchance.com

   Robert G. Houck
   CLIFFORD CHANCE US LLP
   31 West 52nd Street
   New York, NY 10019-6131
   (212) 878-8000
   robert.houck@cliffordchance.com

*Of Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2017, I electronically filed the foregoing Motion to Transfer and Memorandum of Law in Support with the Clerk of the Court for the Southern District of Illinois through the Court's CM/ECF system. I also certify that the foregoing documents are being served this day on all counsel of record registered to receive electronic Notice of Electronic Filing generated by CM/ECF.

                                                        /s/ Steven P. Sanders