# Affidavit of Service

---

**United States District Court, SOUTHERN DISTRICT, Illinois**      CASE NO: **3:16-CV-01207**
Plaintiff / Petitioner: **SAUL MARTINEZ, ET AL.**
vs.
Defendant / Respondent: **DEUTSCHE BANK AG, ET AL.**

---

I **MICHAEL GORMAN** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of NEW YORK.
That on **January 25, 2017** at **01:19 PM** at **60 WALL STREET, NEW YORK, NY 10005**, deponent served the within:
**SUMMONS IN CIVIL ACTION, FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

thereto in the above-entitled proceeding upon **DEUTSCHE BANK AG**, such service having been made in the following manner stated herein:

On **January 25, 2017** at **01:19 PM** deponent delivered the aforementioned documents to and left them personally with **Chris Kwong**, Person that is authorized by appointment or law to receive document of process for the defendant at the offices of **DEUTSCHE BANK AG, 60 WALL STREET, NEW YORK, NY 10005**

Deponent further states upon information and belief that said person so served is not in the Military Service of the State of NEW YORK or of the United States as the term is defined in either the State or Federal statutes. Deponent further states that deponent describes the person actually served **Chris Kwong** as follows:
**Asian, Female, 5' 6", 100 - 110 lbs, Brown hair, 25 - 30 years**

**Attempts:**
Date: January 25, 2017  Time: 01:19:42 PM  GPS: 40.706360, -74.007973

---

Sworn to before me on the 30 day
of Jan , 2017.

**CAROLL RAMSEY**
*Notary Public - State of New York*
No. 01RA6028190
Qualified in Nassau County
Commission Expires: July 26, 2017

**MICHAEL GORMAN**

License Number: 1381333

---

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022