# Affidavit of Service

-----------------------------------------------------------------------------------

**United States District Court, SOUTHERN DISTRICT County, Illinois**          CASE NO: **3:16-CV-01207**
Plaintiff / Petitioner: **SAUL MARTINEZ, ET AL.**
vs.
Defendant / Respondent: **DEUTSCHE BANK AG, ET AL.**

-----------------------------------------------------------------------------------

I **ALICEA C. HART**  being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of <u>NEW YORK</u> .
That on **January 25, 2017** at **03:16 PM** at **111 Eight Ave.13th Flr., New York, NY 10011**, deponent served the within:
**Summons In A Civil Action , FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

thereto in the above-entitled proceeding upon **STANDARED CHARTERED BANK**, such service having been made in the following manner stated herein:

On **January 25, 2017** at **03:16 PM** deponent delivered the aforementioned documents to and left them personally with **Nora Dindyal,** Person that is authorized by appointment or law to receive document of process for the defendant at the offices of **STANDARED CHARTERED BANK,111 Eight Ave.13th Flr., New York, NY 10011**

Deponent further states upon information and belief that said person so served is not in the Military Service of the State of <u>NEW YORK</u>  or of the United States as the term is defined in either the State or Federal statutes.
Deponent further states that deponent describes the person actually served **Nora Dindyal** as follows:
**Middle Eastern, Female, 5' 7", 130 - 140 lbs, Black hair, Dark eyes, glasses, 40 - 45 years**

**Attempts:**
Date: January 25, 2017  Time: 03:16:51 PM  GPS: 40.7408996, -74.0015509
Server Comments: Middle Eastern female, 40-45, 5' 7 ', 130 - 140, black hair, dark eyes, eyeglass *Authorized Agent

-----------------------------------------------------------------------------------

Sworn to before me on the 30 day
of ____ Jun , 20 ___

**CAROLL RAMSEY**
*Notary Public - State of New York*
No. 01RA6028190
Qualified in Nassau County
Commission Expires: July 26, 2017

**ALICEA C. HART**

License Number: <u>2038944</u>

-----------------------------------------------------------------------------------

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022