ILLINOIS PROCESS SERVICE
P O BOX 921
WAUKEGAN, ILLINOIS 60079
847-596-2100  312-696-0030
IllinoisProcess@comcast.net (E-mail)
IllinoisProcessService.com (WEB)

CLIENT: REGINA BROECKLING
        THE DRISCOLL FIRM
        211 N BROADWAY # 40TH FLOOR
        ST LOUIS, MO 63102

Acct#    52062

INVOICE DATE: 01/27/2017            INVOICE NUMBER:  17-010161
================================================================
SUBJECT: HSBC NORTH AMERICAN HOLDINGS, INC

CLIENT FILE #:

DOCKET #: 3:16-CV-01207

PLAINTIFF:     SAUL MARTINEZ ET AL
   vs
DEFENDANT:     DEUTSCHE BANK AG ET AL

ACTION:SERVICE
RESULT:CORPORATE SERVICE R/A OR AUTH AGENT
                         Fee:              80.00
                         PRINTING          17.47
                         DISCOUNT:
                         PREPAID,         -97.47
                         TYPE PMT:AMEX
                         #     6009
                         LATE FEE 24% APR:
                         INVOICE FEE:

                         AMOUNT DUE:$       0.00

DUE UPON RECEIPT                  THANK YOU

NOTE: FEES ADVANCED INCUR A SERVICE FEE OF 10% OF THE TOTAL ADVANCED OR MINIMUM
      CHARGE OF $10.00.

  INVOICING IS PROVIDED AS A CONVENIENCE AND NOT AN EXTENTION OF CREDIT.
    PAYMENT IS DUE UPON RECEIPT & CONSIDERED DELINQUENT AFTER 10 DAYS.
                         WE ACCEPT
  MASTER CARD * VISA * DISCOVER CARD * AMERICAN EXPRESS * DINERS CLUB
                              (8% Trans fee)
        FOR YOUR WISCONSIN PROCESS SERVICE NEEDS PLEASE VISIT:
                  www.WisconsinProcessService.NET
                  www.WisconsinProcessServers.com
                         OR CALL:
                  262.925.8500 (KENOSHA)
                  414.727.2000 (MILWAUKEE)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

17-010161

SAUL MARTINEZ ET AL

VS

CASE NO.3:16-CV-01207

DEUTSCHE BANK AG ET AL

JEROME PAUL                     Being first duly sworn on oath deposes and says that
he is over the age of 21 and not a party to this cause.

That he served the within    SUMMONS IN A CIVIL ACTION
                             FIRST AMENDED COMPLAINT

On the within named Defendant HSBC NORTH AMERICAN HOLDINGS, INC

by leaving the above mentioned documents with
JANE MCCOWAN (CORPORATE LEGAL)
who is authorized to accept service of these documents on 01/27/2017, and
informing that person of the contents thereof.
**********************************************************************************

The Sex, Race and Approximate Age of the person with whom he left the documents
were as follows:

Sex:          FEMALE
Race:         WHITE            Height:5'05"
Age:          40               Weight:140

The place and time of day where the documents were served was as follows:

Place:        1421 W SHURE DRIVE
              ARLINGTON HEIGHTS, IL 60004
Time:         8:46AM
**********************************************************************************
I certify under penalty of perjury under the laws of the United States that the
foregoing is true and accurate.

Executed on 01/27/2017

                              _____
                              PROCESS SERVER   LIC#129-374621

## Transaction Successful

| Transaction Receipt | |
|---|---|
| **Merchant:** | **ILLINOIS PROCESS SERVICE LTD - (GURNEE , IL)** |
| **Date/Time:** | **01/27/2017 11:18:27 AM CST** |
| **Transaction ID:** | **3464019876** |
| **Transaction Type:** | **Card Sale** |
| **Amount:** | **97.47** |
| **Credit Card Information** | |
| CC Type: | American Express |
| CC Number: | ***********6009 |
| Auth. Code: | 226447 |
| Processor: | IL Process Service LTD |

| Billing Information | Shipping Information |
|---|---|
| THE DRISCOLL FIRM | US |
| MO, 63102 | |
| US | |

| Order Information | |
|---|---|
| Order ID: | 17-010161 |
| Description: | HSBC |