# Exhibit 9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAUL MARTINEZ, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 3:16-cv-01207-DRH-DGW |
| DEUTSCHE BANK AG, et al., | ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF MARK CHAMBERS

Pursuant to 28 U.S.C. § 1746, Mark Chambers hereby declares:

1. I am Deputy Group Company Secretary for HSBC Holdings plc ("HSBC Holdings").

2. In my capacity as Deputy Group Company Secretary for HSBC Holdings, I have personal knowledge of the matters set forth herein and believe them to be true and correct based on: (a) my work for HSBC Holdings, and (b) my review, or someone else's review at my direction, of relevant business records and public filings.

3. HSBC Holdings is a bank holding company, organized as a public limited company, incorporated under the laws of England and Wales. HSBC Holdings has its registered office and principal place of business in London, England.

4. HSBC Holdings is not incorporated in any state in the United States.

5. HSBC Holdings currently has no offices, branches, or other regular place of business in the United States, and did not have any offices, branches or other regular place of business in the United States during any time relevant to this action.

I declare under penalty of perjury under the laws of the United States of America the foregoing to be true and correct.

Executed on February 9, 2017

London, England

Mark Chambers
Deputy Group Company Secretary
HSBC Holdings plc

2