# Exhibit 10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAUL MARTINEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK AG, *et al.*, <br><br> Defendants. | Case No. 3:16-cv-01207-DRH-DGW |

## DECLARATION OF LYNNE C. ZAREMBA

Pursuant to 28 U.S.C. § 1746, Lynne C. Zaremba hereby declares:

1. I am an Assistant Corporate Secretary of HSBC North America Holdings Inc. ("HSBC North America").

2. In my capacity as an Assistant Corporate Secretary of HSBC North America, I have personal knowledge of the matters set forth herein and believe them to be true and correct based on: (a) my work for HSBC North America, and (b) my review, or someone else's review at my direction, of relevant business records and public filings.

3. HSBC North America is a Delaware corporation with its headquarters and principal place of business located at 452 Fifth Avenue, New York, New York 10018.

4. As set forth in its United States Securities and Exchange Commission ("SEC") Form 10-K report for the reporting year ending December 31, 2015 as filed with the SEC on February 22, 2016 by HSBC North America's indirect public reporting subsidiary, HSBC USA Inc., and attached hereto as Exhibit A, "HSBC North America is the holding company for the HSBC

Group's operations in the United States. The principal subsidiaries of HSBC North America are HSBC USA Inc., HSBC Markets (USA) Inc., a holding company for certain global banking and markets subsidiaries, HSBC Finance Corporation ("HSBC Finance"), a holding company for consumer finance businesses, and HSBC Technology & Services (USA) Inc. ("HTSU"), a provider of information technology and centralized operational and support services including human resources, tax, finance, compliance, legal, corporate affairs and other services shared among the subsidiaries of HSBC North America".

5. HSBC North America's principal business is to act as a holding company for its subsidiaries.

6. HSBC North America has no offices, employees or agents for service of process located in the Southern District of Illinois.

I declare under penalty of perjury under the laws of the United States of America that the foregoing to be true and correct.

Executed on February 17, 2017

New York, New York

                                                      Lynne C. Zaremba  
                                                    Assistant Corporate Secretary  
                                                    HSBC North America Holdings Inc.