# Exhibit 11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAUL MARTINEZ, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:16-cv-01207-DRH-DGW |
| ) | |
| DEUTSCHE BANK AG, et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF NICOLA BLACK

Pursuant to 28 U.S.C. § 1746, Nicola Black hereby declares:

1. I am Company Secretary for HSBC Bank plc ("HBEU").

2. In my capacity as Company Secretary for HBEU, I have personal knowledge of the matters set forth herein and believe them to be true and correct based on: (a) my work for HBEU, and (b) my review, or someone else's review at my direction, of relevant business records and public filings.

3. HBEU is a financial institution, organized as a public limited company, incorporated under the laws of England and Wales. HBEU has its registered office and principal place of business in London, England.

4. HBEU is not incorporated in any state in the United States.

5. HBEU currently has no offices, branches, or other regular place of business in the United States, and did not have any offices, branches or other regular place of business in the United States during any time relevant to this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing to be true and correct.

Executed on February 16, 2017

London, England

*[signature]*
Nicola Black
Company Secretary
HSBC Bank plc