UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SAUL MARTINEZ, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:16-cv-01207-DRH-DGW |
| | ) | |
| vs. | ) | |
| | ) | |
| DEUTSCHE BANK AG, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO PLEAD TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

The Moving Defendants[1] ("Defendants") move this Court to extend the time for Defendants' responsive pleadings to Plaintiffs' First Amended Complaint, and, in support of their request, state as follows.

1. On November 2, 2016, Plaintiffs filed their Complaint in this Court. (Doc. 1).
2. On January 12, 2017, Defendants jointly filed a Motion to Transfer Venue pursuant to 28 U.S.C. § 1406(a) or, in the alternative, 28 U.S.C. § 1404(a), asking that the matter be transferred to the United States District Court for the Eastern District of New York for all purposes. (Doc. 30).
3. On January 23, 2017, without otherwise responding to the Motion to Transfer Venue, Plaintiffs filed a First Amended Complaint, adding parties and several allegations that do not appear in the original Complaint. (Doc. 47).

[1] Moving Defendants include Deutsche Bank AG, HSBC Bank USA, N.A., HSBC North America Holdings, Inc., HSBC Holdings plc, HSBC Bank plc, Barclays Bank PLC, Standard Chartered Bank, The Royal Bank of Scotland, N.V., Commerzbank AG and Credit Suisse AG.

4. On February 8, 2017, Defendants, with consent of Plaintiffs, filed a motion for leave to file a supplement to their memorandum of law in support of the Motion to Transfer Venue that would address only the new allegations in the First Amended Complaint, to set dates for the filing of opposition and reply briefs, with briefing on the motion to be completed by March 31, 2017, and to extend the time for Defendants to plead substantively to the First Amended Complaint to May 1, 2017. (Doc. 65). That motion was granted on the same day by Judge Herndon. (Doc. 67). Defendants filed their supplement on February 17, 2017 (Doc. 72), Plaintiffs filed their Opposition on March 17, 2017 (Doc. 76) and briefing on the motion was completed on March 31, 2017, with the filing of Defendants' Reply (Doc 80).
5. Defendants expect to file motions to dismiss the First Amended Complaint under FRCP 12(b) and respectfully request that their time to do so be extended to twenty-one (21) days after the Court rules on Defendants' pending and fully briefed Motion to Transfer Venue. Defendants submit that requiring them to file their dismissal motions before the Motion to Transfer Venue is decided, and before the venue in which this case will proceed is determined, would be an unnecessary and improvident use of the parties' time and efforts and may not be useful to the Court or promote the efficient resolution of the matter.
6. That is particularly true here, because it will not be possible for Defendants to effectively brief their dismissal motions or for Plaintiffs to respond to them until the parties know (a) which Circuit's and District's authority to cite and analyze, and (b) which District's local rules will apply to such briefing, especially because the rules of the Eastern District of New York differ from those of this District, including with respect to the length and form of briefs on dismissal motions. Thus, both the content

and the form of Defendants' dismissal filings will necessarily differ depending on the venue in which the matter proceeds.

7. For these reasons, Defendants respectfully suggest that a more orderly and efficient approach to this matter is to determine the venue in which this matter will be litigated before proceeding to the merits of the First Amended Complaint and related issues.

8. In that regard, Defendants sought and received a continuance of the Initial Scheduling Conference from its original date (Doc. 73), and have moved the United States Magistrate Judge to continue the pending, rescheduled date of April 17, 2017, as well (Doc. 81).

10. The undersigned have communicated their intention to file the instant motion to counsel for Plaintiffs who have indicated they do not consent.

11. This motion is made in good faith and not for the purpose of undue delay.

.

WHEREFORE, the Moving Defendants respectfully request that this Court enter its Order extending the time for Defendants to plead substantively to the First Amended Complaint to a date twenty-one (21) days following a ruling on the Motion to Transfer Venue now pending.

Respectfully submitted,

Dated: Belleville, Illinois
April 5, 2017

GREENSFELDER, HEMKER & GALE, P.C.

by:

/s/ *Russell K. Scott*
Russell K. Scott, IL # 02533642
12 Wolf Creek Drive, Suite 100
Belleville, Illinois 62226
(618) 239-3612
rks@greensfelder.com

*Attorneys for Defendant Commerzbank AG*

Jonathan I. Blackman
Lawrence B. Friedman
Avram E. Luft
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000
jblackman@cgsh.com
lfriedman@cgsh.com
aluft@cgsh.com

*Of Counsel*

HAAR & WOODS LLP,

by
*/s/ Robert T. Haar (with consent)*

Robert T. Haar, MO #30044
Lisa A. Pake, MO #39397
1010 Market St. Suite 1620
St. Louis, MO 63101
(314) 241-2224
roberthaar@haar-woods.com
lpake@haar-woods.com

*Of Counsel*

WILLIAMS, VENKER & SANDERS LLC,

by
*/s/ Steven P. Sanders (with consent)*

Steven P. Sanders, IL #2453746
100 N. Broadway, 21st Floor
St. Louis, MO 63102
(314) 345-5002
SSanders@wvslaw.com

*Of Counsel*

*Attorneys for Defendant Credit Suisse AG*

SULLIVAN & CROMWELL LLP,

by
/s/ *Michael T. Tomaino, Jr.(with consent)*

Michael T. Tomaino, Jr.
Jeffrey T. Scott
Jonathan M. Sedlak
125 Broad Street
New York, NY 10004
(212) 558-4000
tomainom@sullcrom.com
scottj@sullcrom.com
sedlakj@sullcrom.com

*Attorneys for Defendant Barclays Bank PLC*

CRAVATH, SWAINE & MOORE LLP,

by
/s/ *Richard W. Clary (with consent)*

Richard W. Clary
Michael T. Reynolds
John D. Buretta
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
rclary@cravath.com
mreynolds@cravath.com
jburetta@cravath.com

THOMPSON COBURN, LLP,
by
/s/ *David Wells (with consent)*

David Wells, IL # 6271060
Mark Beatty, IL # 6302372
One US Bank Plaza
St. Louis, Missouri 63101
(314) 552-6118
dwells@thompsoncoburn.com

*Of Counsel*

DOWD BENNETT LLP,
by

/s/ *James F. Bennett (with consent)*

James F. Bennett, IL #6244356
James E. Crowe, III, MO #50031
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
(314) 889-7300 (telephone)
(314) 863-2111 (facsimile)
jbennett@dowdbennett.com
jcrowe@dowdbennett.com

*Of Counsel*

SULLIVAN & CROMWELL LLP,

by
/s/ *Sharon L. Nelles (with consent)*

Sharon L. Nelles
Bradley P. Smith
John C. Quinn
125 Broad Street
New York, NY 10004
(212) 558-4000
nelless@sullcrom.com
smithbr@sullcrom.com
quinnjc@sullcrom.com

*Attorneys for Defendant Standard Chartered Bank*

CLIFFORD CHANCE US LLP,

by
/s/ *Steven T. Cottreau (with consent)*

Steven T. Cottreau
Jeff Golimowski
2001 K Street NW
Washington, DC 20006-1001
(202) 912-5000
steve.cottreau@cliffordchance.com

Robert G. Houck
31 West 52nd Street
New York, NY 10019-6131
(212) 878-8000
robert.houck@cliffordchance.com
*Attorneys for Defendant The Royal Bank of Scotland N.V.*

MAYER BROWN LLP,

by
/s/ *Justin A. McCarty (with consent)*

Justin A. McCarty, IL #6293325
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600
JMcCarty@mayerbrown.com

*Of Counsel*

HELPERBROOM LLC,

by
/s/ *Troy A. Bozarth (with consent)*

Larry E. Hepler, IL #01195603
Troy A. Bozarth, IL #6236748
130 N. Main St.
P.O. Box 510
Edwardsville, Illinois 62025
(618) 656-0184
leh@heplerbroom.com
tab@heplerbroom.com

*Of Counsel*

MAYER BROWN LLP,

by
*/s/ Mark G. Hanchet (with consent)*

Mark G. Hanchet
1221 Avenue of the Americas
New York, NY 10020-1001
(212) 506-2500
mhanchet@mayerbrown.com

Andrew J. Pincus
Marc R. Cohen
Alex C. Lakatos
1999 K Street, N.W.
Washington, DC 20006-1101
(202) 263-3000
apincus@mayerbrown.com
mcohen@mayerbrown.com
alakatos@mayerbrown.com

*Attorneys for Defendants HSBC Holdings plc, HSBC Bank plc, HSBC North America Holdings Inc. and HSBC Bank USA, N.A.*

COVINGTON AND BURLING LLP,

by
*/s/ John E. Hall (with consent)*

John E. Hall
David Zionts
One City Center
850 Tenth St., N.W.
Washington, D.C. 20001
(202) 662-6000
jhall@cov.com
dzionts@cov.com

Mark P. Gimbel
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 841-1000
mgimbel@cov.com

*Attorneys for Defendant Deutsche Bank AG*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served on the following:

Christopher Quinn: chris@thedriscollfirm.com

John Driscoll: john@thedriscollfirm.com

/s/ Russell K. Scott
Russell K. Scott
*Counsel for Defendant Commerzbank AG*